consideration in light of *Oliver* v. *United States*, 466 U. S. 170 (1984).

No. — – —. LAUCHLI *v.* UNITED STATES. Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the Rules of this Court denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the motion.

No. — – —. MENOMINEE TRIBE OF INDIANS ET AL. *v.* UNITED STATES. Motion to waive the requirement that the trial court opinions be printed as an appendix to the petition for writ of certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE O'CONNOR would grant the motion.

No. A–852. VANDROSS *v.* PALMETTO STATE SAVINGS & LOAN ASSN. Sup. Ct. S. C. Application for stay and reinstatement of prior order, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–881 (83–6350). MCCORQUODALE *v.* BALKCOM, WARDEN, ET AL., 466 U. S. 954. Application to suspend the effect of the order denying the petition for writ of certiorari, addressed to JUSTICE BRENNAN and referred to the Court, is granted pending further order of the Court. Execution of the sentence of death, scheduled for May 24, 1984, is stayed pending further order of the Court.

No. D–395. IN RE DISBARMENT OF SHAPIRO. Disbarment entered. [For earlier order herein, see 464 U. S. 1067.]

No. D–403. IN RE DISBARMENT OF CUNNINGHAM. Disbarment entered. [For earlier order herein, see 465 U. S. 1063.]

No. D–414. IN RE DISBARMENT OF BLOCK. Disbarment entered. [For earlier order herein, see 465 U. S. 1096.]

No. D–427. IN RE DISBARMENT OF STONER. It is ordered that Jesse Benjamin Stoner, of Marietta, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–430. IN RE DISBARMENT OF LEVINSON. It is ordered that Robert Charles Levinson, of Indianapolis, Ind., be suspended